IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

HILLIS ROBERSON,

       Plaintiff,

v.                              Civil Action No. 4:25-cv-05139

JEFFERSON CAPITAL
SYSTEMS, LLC,

       Defendant.

**JEFFERSON CAPITAL SYSTEMS, LLC'S,
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

       Pursuant to Fed. R. Civ. P. 7.1 and the Court's Local Rules, Defendant, Jefferson Capital Systems, LLC, provides the following information:

       1.      For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

       Jefferson Capital is wholly owned by Jefferson Capital, Inc., a publicly held corporation (NASDAQ: JCAP).

       2.      A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

       Pro Se Plaintiff,
       Hillis Roberson
       51 Spring Lane
       Manvel, Texas 77578

Defendant,
Jefferson Capital Systems, LLC

Counsel for Defendant,
Whitney L. White
SESSIONS, ISRAEL & SHARTLE, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202

Dated: October 28, 2025                    Respectfully Submitted,

                                           /s/ *Whitney L. White*
                                           Whitney L. White
                                           Texas Bar No. 24075269
                                           SD TX Bar No. 1330256
                                           SESSIONS, ISRAEL & SHARTLE, LLC
                                           900 Jackson Street, Suite 440
                                           Dallas, Texas 75202
                                           Telephone: (214) 741-3001
                                           Facsimile: (214) 741-3098
                                           Email: wwhite@sessions.legal

                                           *Attorney for Defendant,*
                                           *Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Texas and served via U.S. Mail and Email upon the following:

Hillis Roberson
51 Spring Lane
Manvel, Texas 77578
Email: HillisR650@proton.me
*Plaintiff, pro se*

                                           /s/ *Whitney L. White*
                                           Whitney L. White

2