United States District Court
Southern District of Texas
**ENTERED**
October 29, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Civil Action Number: 4:25–cv–05139**

**ORDER FOR CONFERENCE**
**AND**
**DISCLOSURE OF INTERESTED PARTIES**

**Judge Keith P. Ellison**
**515 Rusk Avenue, Courtroom 3A Houston**
**Houston, TX 77002**
**on February 13, 2026 at 02:45 PM**

COURT PROCEDURES AND ATTACHMENTS, WHICH ARE APPLICABLE TO CASES ASSIGNED TO JUDGE
KEITH P. ELLISON CAN BE OBTAINED ON THE DISTRICT WEBSITE AT www.txs.uscourts.gov

1.    If Plaintiff would like a scheduling conference earlier than the date and time noted above, once
the Answer has been filed by Defendant(s), please contact Arturo Rivera, Case Manager to Judge
Ellison at (713) 250–5181 or email to Arturo_Rivera@txs.uscourts.gov to schedule an earlier
initial pretrial and scheduling conference.

2.    Counsel shall file with the clerk within fifteen days from receipt of this order, a certificate listing
all person, associations of person, firms, partnerships, corporations, affiliates, parent corporations,
or other entities that are financially interested in the outcome of this litigation. If a group can be
specified by a general description, individual listing is not necessary. Underline the name of each
corporation whose securities are publicly traded. If new parties are added or if additional persons
or entities that are financially interested in the outcome of the litigation are identified at any time
during the pendency of this litigation, then each counsel shall promptly file an amended
certificate with the clerk.

3.    Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the
complaint. The failure of plaintiff(s) to file proof of service within 90 days after the filing of the
complaint may result in dismissal of this action by court on its own initiative.

4.    After the parties confer as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less
than 10 days before the conference a joint discovery/case management plan containing the
information required on the attached form.

5.    All counsel shall prepare, fill in dates and bring the Scheduling/Docket Control Order to the
initial pretrial and scheduling conference. The Court will enter the *pretrial order due date and
trial date* on the scheduling order and may rule on any pending motions at the conference.
**Counsel may obtain this Court's form of Scheduling/Docket Control Order from the district
website**.

6.    Counsel who file or remove an action must serve a copy of this order with the summons and
complaint or with the notice of removal.

7.    Attendance by an attorney who has authority to bind the party is required at the conference either
in person or by telephone. Please inform the Court if you wish to participate by telephone.

8.    Counsel shall discuss with their clients and each other whether alternative dispute resolution is
appropriate and at the conference shall advise the court of the results of their discussions.

9.    A person litigating pro se is bound by the requirements imposed upon counsel in this Order.

10.    Failure to comply with this order may result in sanctions, including dismissal of the action and
assessment of fees and costs.

**By Order of the Court**